IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MICHAEL GENE TERRELONGE, | : | CIVIL ACTION NO. **3:17-CV-0478** |
|---|---|---|
| Petitioner | : | |
| | : | (Judge Nealon) |
| v. | : | |
| WARDEN L. J. ODDO, ET AL., | : | |
| Respondents | : | |

## ORDER

**AND NOW, THIS 16TH DAY OF OCTOBER 2017**, in accordance with the accompanying Memorandum issued on this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** without prejudice for lack of jurisdiction;

2. Petitioner's motion for preliminary injunction, (Doc. 5), is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**